IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE W., In Her Individual Capacity, And In Her Capacity As The Personal Representative Of The Estates Of Her Relatives, James W. Julie W., And Jen W., et al., <br><br> Plaintiffs, <br> v. <br><br> MOSES W. THOMAS, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 18-0569 |

## ORDER

**AND NOW**, this ___14th___ day of December, 2018, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim ("Motion to Dismiss") (Doc. 17), and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss (Doc. 21), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion to Dismiss is **DENIED**.[1]

**IT IS FURTHER ORDERED** that Defendant shall file an Answer within **twenty-one (21) days** of the date of this Order.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated December 14, 2018.