## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE W., In Her Individual Capacity, And In Her Capacity As The Personal Representative Of The Estates Of Her Relatives, James W., Julie W., And Jen W., et al., | : : : : : : : : : : : : |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 18-0569 |
| MOSES W. THOMAS, | |
| Defendant. | |

AND NOW, this 28th day of February, 2020, **IT IS HEREBY ORDERED AND DECREED** that Defendant comply with the Court's Order Granting Plaintiffs' Motion to Compel Responses to Plaintiffs' First Set of Document Requests and First Set of Interrogatories (Doc. 45) on or before **Monday, April 27, 2020**. Defendant's failure to comply with this Order will result in Court ordered sanctions.

BY THE COURT:

*Petrese B. Tucker*

Hon. Petrese B. Tucker, U.S.D.J.