IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE W., in her individual capacity, and in her capacity as the personal representative of the estates of her relatives, James W., Julie W., and Jen W., et al.,**<br><br>　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**MOSES W. THOMAS,**<br><br>　　　　　**Defendant.** | :<br>:<br>:　**CIVIL ACTION**<br>:<br>:　**NO. 18-569**<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this __15th__ day of September 2021, upon consideration of the Motion for Summary Judgment from Plaintiffs Jane W, John X, John Y, and John Z (ECF 60), along with the associated Declarations of Plaintiffs and multiple witnesses, all associated exhibits, Defendant's Response in Opposition (ECF 63) and Plaintiffs' Reply (ECF 64), it is hereby **ORDERED AND DECREEED** that the Motion for Summary Judgment is **GRANTED**.[i] Furthermore:

1. This matter is referred to Magistrate Judge Lynne A. Sitarski for an inquest on damages arising from Defendant Moses W. Thomas' liability for the events at the Lutheran Church on July 29, 1990; and

2. Plaintiffs' Motion for a Supplemental Productive Order and Leave to File Under Seal (ECF 59) is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Petrese B. Tucker**
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Hon. Petrese B. Tucker, U.S.D.J.**

---

[i] This Order accompanies the Court's Memorandum Opinion dated September 15, 2021.